THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* HARRY HARRISON, Respondent.

(Argued November 20, 1933; decided November 22, 1933.)

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), opposed.

Motion denied.